468 A.2d 849

Commonwealth v. Henderson, Appellant.

Argued January 7, 1983.   Michael E. Garner, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and JOHNSON, JJ.

Judgment of sentence is affirmed.